UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:20-po-00464-CKD |
| | ) | |
| Plaintiff, | ) | ORDER TO DISMISS AND VACATE BENCH TRIAL |
| | ) | |
| v. | ) | |
| | ) | |
| EDWIN T. HENRY, | ) | |
| | ) | DATE: March 25, 2021 |
| Defendant. | ) | TIME: 10:00 a.m. |
| | ) | JUDGE: Hon. Carolyn K. Delaney |
| | ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:20-po-00464-CKD is GRANTED.

It is further ordered that the bench trial scheduled on March 25, 2021, is vacated.

IT IS SO ORDERED.

Dated: February 26, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE